UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No.  25-cr-477 (LMP/JFD) |
| Plaintiff, | |
| v. | **MOTION TO DISMISS OR FOR A BILL OF PARTICULARS** |
| Oluwadamilola Bamigboye, | |
| Defendant. | |

Pursuant to the Fifth and Sixth Amendments, Defendant hereby moves to dismiss the Indictment for failure to state an offense or to require the government to provide a bill of particulars.

"An indictment is legally sufficient on its face if it contains all of the essential elements of the offense charged, fairly informs the defendant of the charges against which he must defend, and alleges sufficient information to allow a defendant to plead a conviction or acquittal as a bar to a subsequent prosecution." *United States v. Carter*, 270 F.3d 731, 736 (8th Cir. 2001). The Indictment in this case does not pass this test. Specifically, it alleges that Mr. Bamigboye committed the instant offense with "the intent to commit another felony." ECF No. 18. The Indictment does not identify this "[]other felony" and thereby fails to "fairly inform[] the defendant of the charges against which he must defend . . . ." For this reason, the Indictment is legally insufficient and must either be supplemented by a bill of particulars identifying the "[]other felony" or failing such clarification be dismissed.

Respectfully submitted,

DATED: May 15, 2026

*/s/ Kevin C. Riach*
Kevin C. Riach, #389277
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
**ATTORNEY FOR DEFENDANT**